JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSIE CARMICHAEL, | Case No. CV 21-9444 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice

Dated this 28th day of February, 2022.

/s/
Fernando M. Olguin
United States District Judge